Michael F. Baltaxe (Bar No. 129532)
LAW OFFICES OF MICHAEL F. BALTAXE
4333 Park Terrace Drive, Suite 160
Westlake Village, CA 91361
Telephone: (818) 889-0050
Facsimile: (818) 889-6050
e-mail: mfbaltaxe@aol.com

Timothy B. Sottile (Bar No. 127026)
Wendy K. Marcus (Bar No. 248161)
TIMOTHY B. SOTTILE, APLC
4333 Park Terrace Drive, Suite 160
Westlake Village, CA 91361
Telephone: (818) 889-0050
Facsimile: (818) 889-6050
e-mail: tsottile@sottile-law.com

Attorneys for Plaintiff, DAVID GILBERTSON

Molly E. Thurmond, Esq. (Bar No.104973)
HALL, HIEATT & CONNELY, LLP
1319 Marsh Street, Second Floor
San Luis Obispo, CA 93401
Telephone: (805) 544-3830
Facsimile: (805) 544-5329
e-mail: hhc@hhc-slo.com
e-mail: thurmond@hhc-slo.com

Attorneys for Defendant,
SANTA BARBARA SCHOOL DISTRICTS

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID GILBERTSON, an individual, | No. CV10-4783DMG (JEMx) |
| Plaintiff, | ORDER FOR DISMISSAL WITH PREJUDICE [29] |
| vs. | |
| SANTA BARBARA SCHOOL DISTRICTS a governmental entity, exact form unknown, and DOES 1 through 10, inclusive, | |
| Defendants. | |

---

[PROPOSED] ORDER FOR DISMISSAL
WITH PREJUDICE

1

1  Based on the stipulation of the parties and good cause appearing, the case of DAVID GILBERTSON v. SANTA BARBARA SCHOOL DISTRICTS, case number CV 10-4783-DMG (JEMx), is hereby dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: October 19, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

~~[PROPOSED]~~ ORDER FOR DISMISSAL
WITH PREJUDICE                    2